**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1071**

─────────────

EDMUND AWAH,

        Plaintiff - Appellant,

    v.

HOLY CROSS HOSPITAL OF SILVER SPRING, INC.,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:22-cv-00195-TDC)

─────────────

Submitted:  November 21, 2023                    Decided:  November 27, 2023

─────────────

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Edmund K. Awah, Appellant Pro Se.  Michelle Renae Mitchell, WHARTON, LEVIN, EHRMANTRAUT & KLEIN, P.A., Annapolis, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmund Awah appeals the district court's orders dismissing his civil action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Awah v. Holy Cross Hosp. of Silver Spring, Inc.*, No. 8:22-cv-00195-TDC (D. Md. Jan. 3, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*